IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WALTER WILLIAM SELMON                                                                        PLAINTIFF

v.                                              Civil No. 1:16-cv-1091

TOMMY REED (Public Defender,
Union County)                                                                                DEFENDANT

**ORDER**

      Before the Court is the Report and Recommendation filed February 15, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12.  Judge Bryant recommends that Plaintiff's claims against Defendant Tommy Reed be dismissed.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1) and ECF No. 58.  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's claims against Defendant Tommy Reed are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a).

      **IT IS SO ORDERED**, this 27th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge